Eric Mel THOMPSON; Katie Beglin, formerly known as Katie Thompson; Delores Thompson, Plaintiffs–Appellants

v.

John AULT, Warden; William Sperfslage, Deputy Warden; Deb Nichols, Security Director; Paul Gager, Administrative Law Judge; Ron Mower, Investigator; Kent Ruby; Darin Gentry, Correction Officer; LaDonna Wilcox, Correction Officer; Nikki Eaves, Mailroom Staff; Cindy Phillips, Mailroom Staff; Sheryl Lockwood; Dave DeGrange; Jerry Burt; Nick Ludwick; Randy Van Wye; Michael Savala; Phillip Eaves, Defendants–Appellees.

No. 13–2071.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2014.

Filed: April 14, 2014.

Eric Mel Thompson, argued, Fort Madison, IA, pro se.

Katie Beglin, argued, Omaha, NE, pro se.

Delores Thompson, argued, Omaha, NE, pro se.

William Allen Hill, Attorney General's Office, argued, Des Moines, IA, for Defendants–Appellees.

Before BYE, GRUENDER and SHEPHERD, Circuit Judges.

PER CURIAM.

Eric Mel Thompson, an Iowa inmate, his mother Delores Thompson, and his daughter Katie Beglin appeal the district

court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. We affirm.

First, we do not consider appellants' challenges to orders issued by a magistrate judge for which they did not seek review by the district court. *See* Fed. R.Civ.P. 72(a). Second, upon de novo review, we conclude summary judgment was warranted. *See Montin v. Estate of Johnson,* 636 F.3d 409, 412 (8th Cir.2011) (standard of review). Viewing the admissible evidence before the district court in the light most favorable to appellants, the prison rule at issue was not unconstitutional on its face and was not unconstitutional as applied to Eric's conduct. *See Beaulieu v. Ludeman,* 690 F.3d 1017, 1039 (8th Cir. 2012) (analysis of First Amendment facial challenge to prison rule); *Kaden v. Slykhuis,* 651 F.3d 966, 969 (8th Cir.2011) (per curiam) (analysis of First Amendment as-applied challenge to prison regulation); *Phillips v. Norris,* 320 F.3d 844, 848 (8th Cir.2003) (analysis of inmate's equal protection claim).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B. Appellants' five pending motions are denied.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.